# United States Court of Appeals for the Federal Circuit

# 2012-M106: IN RE GOOGLE

Writ of Mandamus
Northern District of California
Judge William H. Alsup

Lower Court/Agency #: 10-CV-3561
Case Type: Miscellaneous

Petition for Writ of Mandamus Received: 11/04/2011
Petition for Writ of Mandamus Filed: 11/04/2011
Docketed and Notice Sent to Parties: 11/07/2011
Certified List Filed: / /

Fee Paid: 11/07/2011
Fee Amount: 450.00      Receipt No: 55254

| **Date** | **Event Summary** |
|---|---|
| | Nothing Due |
| | Appellant Principal Brief Filing Date |
| | Appellee or Cross Appellant Principal Brief Filing Date |
| | Appellant Reply Brief Filing Date |
| | Appellee or Cross Appellant Reply Brief Filing Date |
| | Appendix Filing Date |
| | Oral Argument Date/Calendared |
| 02/06/2012 | Disposition: Denied; Panel |
| | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2012-M106:  IN RE GOOGLE

## List of Parties/Representation

| **Party Type/Name** | **Represented by** |
|---|---|
| **Petitioner** | |
| Google Inc. | Robert A. Van Nest<br>　Keker & Van Nest, LLP<br>　633 Battery Street<br>　San Francisco, CA  94111<br>　Phone #: (415)391-5400<br>　Fax #: (415)397-7188<br>　Email: rvannest@kvn.com<br>　Bar admit: 05/30/2001<br>　EOA Filed: 11/07/2011<br>　Principal Attorney<br><br>Scott T. Weingaertner<br>　King & Spalding LLP<br>　1185 Avenue of the Americas<br>　New York, NY  10036<br>　Phone #: (212)556-2227<br>　Fax #: (212)556-2222<br>　Email: sweingaertner@kslaw.com<br>　Bar admit: 01/14/1998<br>　EOA Filed: 11/07/2011<br><br>Bruce W. Baber<br>　King & Spalding LLP<br>　1180 Peachtree Street, NE<br>　Atlanta, GA  30309<br>　Phone #: (404)572-4826<br>　Fax #: (404)572-5145<br>　Email: bbaber@kslaw.com<br>　Bar admit: 10/09/1985<br>　EOA Filed: 11/07/2011 |

# United States Court of Appeals for the Federal Circuit

## 2012-M106:  IN RE GOOGLE

| Party Type/Name | Represented by |
|---|---|
|  | Ian C. Ballon<br>  Greenberg Traurig LLP<br>  2450 Colorado Avenue<br>  Suite 400E<br>  Santa Monica, CA  90404<br>  Phone #: (310)586-6575<br>  Fax #: (310)586-0575<br>  Email: ballon@gtlaw.com<br>  Bar admit: 11/07/2011<br>  EOA Filed: 11/07/2011 |
|  | Christa M. Anderson<br>  Keker & Van Nest, LLP<br>  Email: canderson@kvn.com<br>  Bar admit: 02/21/2007<br>  EOA Filed: 11/07/2011 |
|  | Steven A. Hirsch<br>  Keker & Van Nest, LLP<br>  Email: shirsch@kvn.com<br>  Bar admit: 10/16/1996<br>  EOA Filed: 11/07/2011 |
| **Respondent** |  |
| Oracle America, Inc. | William Fred Norton, Jr.<br>  Boies, Schiller & Flexner, LLP<br>  1999 Harrison Street<br>  Suite 900<br>  Oakland, CA  94612<br>  Bar admit: 11/14/2011<br>  EOA Filed: 11/28/2011<br>  Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2012-M106: IN RE GOOGLE

| **Party Type/Name** | **Represented by** |
|---|---|
| | David Boies<br>  Boies, Schiller & Flexner, LLP<br>  333 Main Street<br>  Armonk, NY  10504<br>  Phone #: (914)749-8200<br>  Fax #: (914)749-8300<br>  Email: dboies@bsfllp.com<br>  Bar admit: 02/09/2001<br>  EOA Filed: 11/28/2011 |
| | Michael A. Jacobs<br>  Morrison & Foerster LLP<br>  425 Market Street<br>  San Francisco, CA  94105-2482<br>  Phone #: (415)268-7455<br>  Fax #: (415)276-7522<br>  Email: mjacobs@mofo.com<br>  Bar admit: 03/11/1992<br>  EOA Filed: 11/28/2011 |
| | Daniel P. Muino<br>  Morrison & Foerster LLP<br>  Email: dmuino@gibsondunn.com<br>  Bar admit: 08/29/2005<br>  EOA Filed: 11/28/2011 |
| | Kenneth A. Kuwayti<br>  Morrison & Foerster LLP<br>  Email: kkuwayti@mofo.com<br>  Bar admit: 12/09/2011<br>  EOA Filed: 12/13/2011 |
| | Marc David Peters<br>  Morrison & Foerster LLP<br>  Email: mdpeters@mofo.com<br>  Bar admit: 02/14/2001<br>  EOA Filed: 11/28/2011 |

# United States Court of Appeals for the Federal Circuit

## 2012-M106:  IN RE GOOGLE

| Party Type/Name | Represented by |
| --- | --- |
|  | Steven C. Holtzman<br>  Boies, Schiller & Flexner, LLP<br>Bar admit: 11/14/2011<br>EOA Filed: 11/28/2011 |

# United States Court of Appeals for the Federal Circuit

## 2012-M106: IN RE GOOGLE

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 11/07/2011 | F | 1 | Case docketed on 11/07/2011. EOD(11/07/2011 by CLT) 2012-M106 |
| 11/07/2011 | O | 2 | Official Caption. Court Service - 11/07/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | O | 3 | Entry of appearance for Robert A. Van Nest as principal attorney on behalf of the petitioner, Google Inc. Mail Service - 11/04/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | O | 4 | Entry of appearance for Christa M. Anderson as of counsel on behalf of the petitioner, Google Inc. Mail Service - 11/04/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | O | 5 | Entry of appearance for Steven A. Hirsch as of counsel on behalf of the petitioner, Google Inc. Mail Service - 11/04/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | O | 6 | Entry of appearance for Scott T. Weingaertner as of counsel on behalf of the petitioner, Google Inc. Mail Service - 11/04/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | O | 7 | Entry of appearance for Bruce W. Baber as of counsel on behalf of the petitioner, Google Inc. Mail Service - 11/04/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | O | 8 | Certificate of Interest for petitioner, Google Inc. Mail Service - 11/04/11. Filed: 11/07/11. REV(11/14/11 by SCN) 2012-M106 |
| 11/07/2011 | M | 9 | Petitioner [Google Inc.] - Petition for writ of mandamus. (separately bound appendix also rec'd w/writ) Mail Service - 11/04/11. Filed: 11/04/11. Reply 1 (12) Filed: 11/28/11 Reply 2 (21) Filed: 12/05/11 Action on Motion (10): Oracle America, Inc. is directed to respond no later than November 28, 2011. by Clerk. Filed: 11/08/11. EOD(11/07/11 by CLT) REV(12/05/11 by CLT) 2012-M106 |
| 11/15/2011 | O | 11 | Entry of Appearance for Ian C. Ballon as counsel on behalf of the petitioner, Google Inc. Mail Service - 11/07/11. Received: 11/07/11. REV(11/15/11 by SCN) 2012-M106 |

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 11/29/2011 | O | 13 | Entry of appearance for W. Fred Norton as principal attorney on behalf of the respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 14 | Entry of appearance for David Boies as of counsel on behalf of the respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 15 | Entry of appearance for Marc D. Peters as of counsel on behalf of the respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 16 | Entry of appearance for Daniel P. Muino as of counsel on behalf of the respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 17 | Entry of appearance for Michael A. Jacobs as of counsel on behalf of the respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 18 | Entry of appearance for Steven Holtzman as of counsel on behalf of the respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 19 | Certificate of Interest for respondent, Oracle America, Inc. Mail Service - 11/28/11. Filed: 11/28/11. REV(11/30/11 by SCN) 2012-M106 |
| 11/29/2011 | O | 20 | Letter from petitioner, Google Inc., asking the court not rule on the petition until it has considered Google's reply brief. (sent to SSA) Mail Service - 11/28/11. Filed: 11/28/11. REV(11/29/11 by CLT) 2012-M106 |
| 12/12/2011 | M | 22 | Petitioner [Google Inc.] - Motion for Oral Argument on Petition for Writ of Mandamus. Mail Service - 12/08/11. Filed: 12/08/11. Action on Motion (26): Motion denied. by Motions Panel. Judge: Moore Filed: 02/06/12. EOD(12/12/11 by JB) REV(02/06/12 by LS) 2012-M106 |
| 12/14/2011 | O | 23 | Entry of Appearance for Kenneth A. Kuwayti, as counsel for respondent for Oracle America, Inc. Mail Service - 12/13/11. Filed: 12/13/11. REV(12/22/11 by CLT) 2012-M106 |

# United States Court of Appeals for the Federal Circuit

## 2012-M106:  IN RE GOOGLE

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/06/2012 | O | 24 | Petitioner Google Inc. citation of supplemental authority pursuant to FRAP 28(j). (sent to OGC)  Mail Service - 01/05/12.  Filed: 01/05/12. REV(01/06/12 by CLT)  2012-M106 |
| 02/06/2012 | O | 25 | Ordered: The petition for a writ of mandamus is denied. By: Motions Panel. Judge: Moore.  Court Service - 02/06/12.  Filed: 02/06/12. REV(02/06/12 by LS)  2012-M106 |
| 02/06/2012 | D | 27 | Disposition: Denied by Panel. Filed: 02/06/12. EOD (02/06/12 by LB) 2012-M106 |